# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-804
LT Case No. 2020-CF-002175

_____

KEITH LEE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

September 12, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————